**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 71.188.123.117, <br><br> Defendant. | Case No. 3:22-cv-01103-MAS-TJB <br><br> **NOTICE OF VOLUNTARY** <br> **DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 71.188.123.117 are voluntarily dismissed without prejudice.

DATED: June 28, 2022

Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

*/s/ John C. Atkin, Esq.*
John C. Atkin, Esq.

**So Ordered this 30th day of June, 2022. The Clerk of the Court shall close this case.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

1